VORWALD v. MARSHALL.

1. **Appeal:** FROM JUSTICE'S COURT: AMOUNT IN CONTROVERSY: JURIS-
DICTION. In an action in justice's court $100 was claimed by plaintiff, but
he recovered judgment for only $10, whereupon he remitted all claims for
damages over and above $24.90. Afterwards the defendant appealed to
the circuit court. *Held* that the amount in controversy was less than
$25, and that therefore an appeal would not lie. (*Milner v. Gross*, 66
Iowa, 252, followed.)

*Appeal from Delaware Circuit Court.*

MONDAY, MARCH 21.

THE facts are stated in the opinion.

*J. D. Alsop*, for appellant.

*L. B. Lane*, for appellee.

SEEVERS, J.—This action was commenced before a justice
of the peace, and the plaintiff claimed to recover $100.
There was a trial, and judgment was rendered for the plaint-
iff for $10, whereupon the plaintiff remitted "all claims for
damages over and above twenty-four dollars and ninety cents."
At that time the right of appeal existed, but had not been
exercised by either party. If the plaintiff had appealed, it
is perfectly clear that he could not have recovered more than
$24.90, and the pleadings in the circuit court would have so
shown. The plaintiff did not appeal, but the defendant did,
fifteen days after the rendition of the judgment and filing
of the *remittitur*. The plaintiff moved the court to dismiss the
appeal on the ground that the amount in controversy was less
than $25. This motion was sustained, and we are asked
whether the court erred in so doing. We think not; for the
amount in controversy, when the appeal was taken, was less
than $25. This case is not distinguishable from *Milner v.
Gross*, 66 Iowa, 252.

As this is the only question argued by counsel for appel-
lant, the judgment must be                    AFFIRMED.